**Title:** ASIAN BOOTY  **Network:** BitTorrent
**SHA-1 Hash:** 5C02EC4AC25A3A74CEA58D8A20A544EF5B17A75B  **Swarm Date:** 10/26/2010

| DOE# | IP | First Hit UTC | Last Hit UTC | City | State | ISP |
|---|---|---|---|---|---|---|
| 1 | 68.36.174.119 | 10/26/2010 4:29 | 10/26/2010 4:29 | Belleville | NJ | Comcast Cable |
| 2 | 68.39.120.189 | 10/20/2010 5:56 | 11/27/2010 3:02 | Caldwell | NJ | Comcast Cable |
| 3 | 68.45.184.224 | 10/4/2010 0:52 | 11/29/2010 15:13 | Plainfield | NJ | Comcast Cable |
| 4 | 68.46.54.23 | 10/4/2010 0:03 | 12/2/2010 0:35 | Barnegat | NJ | Comcast Cable |
| 5 | 68.63.134.209 | 10/8/2010 1:23 | 11/7/2010 21:18 | Long Branch | NJ | Comcast Cable |
| 6 | 69.141.185.229 | 10/22/2010 8:37 | 11/14/2010 5:13 | Highlands | NJ | Comcast Cable |
| 7 | 76.116.83.6 | 9/29/2010 1:35 | 11/7/2010 23:34 | Willingboro | NJ | Comcast Cable |
| 8 | 67.85.97.79 | 10/25/2010 5:34 | 10/27/2010 3:32 | Pompton Plains | NJ | Optimum Online |
| 9 | 173.61.25.199 | 9/28/2010 14:40 | 11/5/2010 3:52 | Trenton | NJ | Verizon Internet Services |
| 10 | 74.102.58.160 | 10/26/2010 1:55 | 10/26/2010 11:10 | Asbury Park | NJ | Verizon Internet Services |

# EXHIBIT A

NJ6